IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN        DIVISION

CALLAHAN A. MEISSNER

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

CHRISTIAN ERICKSON

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 4:16-CV-00755-SRB

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ◯ Yes ☒ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     CALLAHAN A MEISSNER

Street Address     134 NE TIMBERCREEK CIRCLE

City and County     LEE'S SUMMIT MO JACKSON

State and Zip Code     MO 64086

Telephone Number     816-874-7165

E-mail Address     Cmeissner01@yahoo.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name     CHRISTIAN ERICKSON

Job or Title (if known)     SALES

Street Address     2800 PLAZA DEL AMO #296

City and County     TORRANCE Los Angeles

State and Zip Code     CA 90503

Telephone Number     310-955-0287

E-mail Address (if known)     Chriserickson3@yahoo.com

Defendant No. 2

Name     _____

Job or Title (if known)     _____

Street Address     _____

City and County     _____

2

| | |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

[X] Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Trademark and Patent Infringement_
_DOMASN TRADEMARK INFRINGMENT_
_____

[ ] Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_____
_____
_____

[ ] Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than \$75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* _Cullen Mun_, is a citizen of the State of *(name)* _Missouri._.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* CHRISTIAN ERICKSON is a citizen of the State of *(name)* CALIFORNIA . *Or* is a citizen of *(foreign nation)* _____.

2.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

1.6 million, $100,000 per Domain 16 Domains "Latham Act" 100,000 Lost Revenue in Patent Infringment +

## III.   Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.    Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

_____

_____

_____

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☒          No ◯

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒          No ◯

Do you claim punitive monetary damages?

Yes ☒          No ◯

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

_____

_____

_____


**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk' s Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk' s Office may result in the dismissal of my case.

Date of signing: _July_ , 20_16_

Signature of Plaintiff _____Callahan min_____

Printed Name of Plaintiff _____Callahan Meissner_____

6